### JETT *v.* WRIGHT.

SIMMONS, C. J.	This case, in every material particular, is controlled by the decision of this court in the case of *Lanfair* v. *Thompson*, 112 *Ga.* 487 (1), and the court below did not err in overruling the demurrer.

*Judgment affirmed.	By five Justices.*

Argued July 7,—Decided August 13, 1903.

Equitable petition.	Before Judge Lumpkin.	Fulton superior court.	December 19, 1902.

*John L. Hopkins & Sons*, for plaintiff in error.
*Lavender R. Ray*, contra.